

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00884-CR

ERIK FORREST FRIEND, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from County Court at Law No. 3 of Brazoria County.  (Tr. Ct. No. 203728).

This case is an appeal from the final judgment signed by the trial court on October 20, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 25, 2015.

Panel consists of Chief Justice Radack and Justices Higley and Massengale.  Opinion delivered by Justice Higley.